# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLYN HORTON, et al.,** | : | **CIVIL ACTION NO. 1:06-CV-2338** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **CITY OF HARRISBURG, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 18th day of November, 2009, upon consideration of defendants' motion (Doc. 71) to bifurcate the trial, it is hereby ORDERED that the motion (Doc. 71) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge